



FEB - 6 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | Chapter 7 Proceedings |
| ) | |
| Janet Schmidt Kingsley, ) | |
| ) | |
| Debtor (s). ) | Case No.: 2:08-bk-15867-RTBP |
| _____ ) | |
| ) | |
| Countrywide Home Loan Servicing, LP ) | |
| ) | |
| Movant, ) | |
| ) | ORDER DENYING MOTION FOR |
| vs. ) | RELIEF FROM STAY WITHOUT |
| ) | PREJUDICE |
| Janet Schmidt Kingsley, Debtor; Lawrence J. ) | |
| Warfield, Trustee, ) | |
| Respondent (s). ) | |
| _____ ) | |

Pending before the court is the Motion For Relief From The Stay filed by Countrywide Home Loans Servicing, LLP, ("Movant"). The motion and its exhibits evidence that the holder of the subject promissory note and deed of trust is another entity and not the Movant.

Bankr. Rule 9014 provides that in contested matters relief shall be requested by motion and that, among other rules, such motion is subject to the provisions of Bankr. Rule 7017. Bankr. Rule 7017 incorporates most of the provisions of Fed. R. Civ. P. 17. Fed. R. Civ. P. 17 requires that "An action must be prosecuted in the name of the real party in interest". That Rule further provides that the court may not dismiss an action on the grounds that it is not prosecuted in the name of the real party in interest until a reasonable time has been allowed after objection

for ratification, joinder, or substitution of the real party in interest.

Based upon this record, the court finds that the Movant is not the real party in interest as required by the rules. Movant has 45 days from the date of this Order to have the motion ratified by the real party in interest. This deadline may be extended for cause. If the motion is not timely ratified, it is then denied, without prejudice.

DATED this ___ day of February, 2008.

_____
Hon. Redfield T. Baum
Chief, United States Bankruptcy Judge


Copy of the foregoing
mailed this 6th day of
February, 2009 to:

Leonard J. McDonald
Mark S. Bosco
TIFFANY & BOSCO
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016

Lawrence J. Warfield
P.O. Box 14647
Scottsdale, Arizona 85267

by_____
   Judicial Assistant

02/09/2009